1  James B. Lewis, # 297326
   jim@jameslewislawoffice.com
2  P.O. Box 2832
   Laguna Hills, CA  92654
3  (310) 903-8926 phone
   (213) 403-5409 fax
4  Attorney for Plaintiff

5

6

7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

10 | CHAD R. NORHEIM,              | No. 2:22-cv-03725 MAA
   |     Plaintiff,                |
11 |                               |
12 | v.                            |
   |                               |
13 |                               | [PROPOSED] ORDER FOR THE
   |                               | STIPULATION FOR THE AWARD AND
14 | KILOLO KIJAKAZI, Acting       | PAYMENT OF ATTORNEY FEES AND
   | Commissioner of Social Security, | EXPENSES PURSUANT TO THE
15 |     Defendant.                | EQUAL ACCESS TO JUSTICE ACT, 28
   |                               | U.S.C. §2412(d) AND COSTS
16 |                               | PURSUANT TO 28 U.S.C. §1920

17

18    Based upon the parties' Stipulation for the Award and Payment of Attorney

19 Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d),

20 and Costs Pursuant to 28 U.S.C. §1920,

21    IT IS ORDERED that attorney fees and expenses of $7,500.00 as authorized

22 by 28 U.S.C. §2412(d), and court costs of $426.57 as authorized by 28 U.S.C.

23 §1920,  be awarded subject to the terms of the Stipulation.

24

25   DATED: August 9, 2023        _____
26                                THE HONORABLE MARIA A. AUDERO
                                  United States Magistrate Judge
27

28